DAVID J. COOK, ESQ. (State Bar # 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street, San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 56,813

Attorneys for Plaintiff
THOMAS E. KATIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| THOMAS E. KATIS,<br><br>             Plaintiff,<br><br>vs.<br><br>CHAMTECH ENTERPRISES, INC., a Utah corporation,<br><br>             Defendant. | CASE NO. MC15-00060<br><br>APPLICATION FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |

I, David J. Cook, Attorney for Plaintiff THOMAS E. KATIS, hereby request that DDS Legal Support Systems, a registered process server and not a party to this action, be authorized and appointed to serve the Writ of Execution in the above case. The U.S. Marshal's service will remain the Levying Officer.

Judgment was entered in this matter in favor of Plaintiff THOMAS E. KATIS against Defendant CHAMTECH ENTERPRISES, INC., a Utah corporation, on the basis of a CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT on March 19, 2015 in the amount of $1,633,282.29, a true and correct copy which is attached hereto marked ***Exhibit "A."*** A Writ of Execution has been issued by the Clerk of the Court and execution levies are anticipated in the enforcement of the judgment.

This order is required because the U.S. Marshal's Service does not perform execution levies. Without this order, it will not be possible to enforce this court's judgment by Writ of Execution.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2015.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\CHAMTECH.CD EXPS

**EXHIBIT "A"**

AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Utah, Central Division

| | |
|---|---|
| THOMAS E. KATIS<br>*Plaintiff*<br>v.<br>CHAMTECH ENTERPRISES, INC., a Utah corp.<br>*Defendant* | )<br>)<br>)   Civil Action No. 2:13-CV-00496-DS<br>) |

MC15-00060

FILED 2015 MAR 19 PM 12:32

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __01/12/2015__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __3/12/2015__

D. MARK JONES
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

```
FILED
U.S. DISTRICT COURT

2015 JAN 12 A 10: 17

DISTRICT OF UTAH

_____
     DEPUTY CLERK
```

Douglas A. Oviatt, USB No. 12192
TERRY JESSOP & BITNER
341 South Main, Suite 500
Salt Lake City, Utah 84111
Telephone: 801/534-0909
Facsimile: 801/534-1948
Email: doug@tjblawyers.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THOMAS E. KATIS,<br><br>Plaintiff,<br><br>v.<br><br>CHAMTECH ENTERPRISES, INC., a Utah corporation,<br><br>Defendant. | JUDGMENT<br><br><br>Case No. 2:13-CV-00496-DS |

Pursuant to the Order of the Court granting Plaintiff's motion for summary judgment against Defendant,

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Thomas Katis, and against Defendant as follows:

| | |
|---|---|
| $1,602,816.45 | Principal |
| 31,517.34 | Interest at the rate of $284.93 per day from June 26, 2014 trough October 15, 2014. |

        3,593.50    Attorney Fees

        <u>466.00</u>    Costs

**$1,633,282.29   TOTAL JUDGMENT**

with interest accruing on the total judgment from October 15, 2014, at the rate of $284.93 per day until paid in full.

IT IS FURTHER ORDERED that this Judgment may be augmented in the amount of reasonable costs and attorney's fees expended in collecting this Judgment by execution or otherwise pursuant to the order of this Court upon the filing of an appropriate motion and affidavit or declaration of Plaintiff's counsel setting forth such fees and costs.

Dated this 12th day of January, 2015.

                        BY THE COURT

                        _David Sam_
                        David Sam
                        Senior Judge
                        United States District Court

approved as to form
and content:

/s/ James K. Tracy
E-signature used with authorization

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District court for the District of Utah.
# of pages 2
Date: 3/12/2015
D. MARK JONES, Clerk
By: _____
Deputy Clerk

----------END OF DOCUMENT----------

# PROOF OF SERVICE

CHAMTECH ENTERPRISES, INC.,
a Utah corporation
8681 South 700 West, Suite A
Sandy, UT 84070

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2015.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)